| | |
|---|---|
| **MCSHAPIRO LAW GROUP PC** | **LAW ADVOCATES LLC** |
| Mitchell C. Shapiro, Esq. (MS-9019*)* | Douglas A. Goldstein, Esq. (DG-5891) |
| Three Grace Avenue, Suite 100 | 236 Millbrook Ave, Ste 3R |
| Great Neck, New York 11021 | Randolph, New Jersey 07869 |
| Tel: (917) 446-3628 | Tel: (973) 845-6526 |
| Email: MCS@MCShapiroLaw.com | Email: DGoldstein@Advocates.Esq |

*Attorneys for Defendants-Appellants Michael E. Crane and Daniel M. Crane*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CRANE ENTERPRISES, LLC,<br><br>             Debtor. | Civil Case No. 25-cv-6793 (DC) (RT)<br><br>Chapter 11<br><br>No. 25-10405 (DSJ) |
| CRANE ENTERPRISES, LLC,<br><br>             Plaintiff,<br><br>-vs-<br><br>MICHAEL E. CRANE, DANIEL M. CRANE, JOHN DOE AND JANE DOE (Fictitious Persons)<br><br>             Defendants. | Adv. Pro. No. 25-01040 (DSJ) |

**MOTION FOR AN EMERGENCY STAY PENDING APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007**

**PLEASE TAKE NOTICE** that as soon as will be heard by the Honorable Court, Defendants-Appellants Michael E. Crane and Daniel M. Crane ("Movants" or "Defendants-Appellants"), by their undersigned counsel herein, will move for an emergency stay pending appeal of the Bankruptcy Court's July 30, 2025, August 20, 2025 and August 22, 2025 orders, which respectively:

(1) Granted Summary Judgment Against Michael E. Crane and Daniel M. Crane

(Bankruptcy Court Adversary Proceeding Electronic Document No. ("ECF No.") 11, July 30, 2025, the "SJ Order"), which SJ Order followed the Decision and Order filed on July 29, 2025 (ECF No. 10, the "SJ Opinion") and, based on collateral estoppel given to the order filed on November 18, 2024 in the District Court of the State of New York, County of Nassau, First District, Hempstead (the "L-T Court"), under Index No. LT-004282-22 (the "L-T Action") (the "2024 L-T Order"), ruled that the plaintiff-appellee and debtor, Crane Enterprises, LLC ("Plaintiff-Appellee"), was entitled to the turnover and possession of a Long Beach, New York cooperative apartment known as 360 Shore Road, Apt 8L, Long Beach NY 11561 (the "Apt.");

(2) Denied the Defendants-Appellants Motion Seeking To Alter, Amend or Grant Relief from the SJ Order (pursuant to Bankruptcy Rules 9023 or 9024, Or, In The Alternative, An Order Pursuant to Bankruptcy Rule 8007 for a Stay Pending the Appeal Of The SJ Order (and the State Court Appeal of the 2024 State Court Order to which it gave collateral estoppel effect) by Decision and Order Dated August 20, 2025 (ECF No. 21, "Order Denying Reconsideration/Stay Pending Appeal and Granting Eviction"); and

(3) Ordered the Eviction of the Defendants-Appellants unless they voluntarily vacate the premises by September 5, 2025, by order dated August 22, 2025 (ECF No. 23, the "Eviction Order");

(collectively, the "Bankruptcy Orders"), pursuant to Federal Rule of Bankruptcy Procedure 8007, and for such further and additional relief as the Court deems just including staying the enforcement of the Bankruptcy Orders and the briefing of the appeal herein until after the conclusion of the Defendants-Appellants' pending state court appeal of the order of the New York State District Court, Count of Nassau dated November 18, 2024 (the 2024 L-T Order") to which the Bankruptcy

Court deferred and gave collateral estoppel effect in the SJ Order, and from which 2024 L-T Order Defendant-Appellant Michael E. Crane initiated an appeal from the 2024 L-T Order to the NYS Appellate Term, Second Department (Bankruptcy Adv. Pro. No. 25-01040 (DSJ) ECF No. 8, Exhibit G);

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Orders are annexed hereto for the Court's convenience as **EXHIBITS "A", "B", C" and "D",** respectively.

**PLEASE TAKE FURTHER NOTICE** that Movants will rely on the accompanying Memorandum of Law and the Declaration of Michael E. Crane, dated August 25, 2025, and the Attorney Affirmation of Mitchell C. Shapiro, Esq., dated August 25, 2025.

A Proposed Form of Order is submitted herewith.

Dated: Great Neck, New York
August 25, 2025

**MCShapiro Law Group PC**

By: _/s/ MCShapiro_ .
Mitchell C. Shapiro (MS-9019)
Three Grace Avenue, Suite 100
Great Neck, New York 11201
(T) 917.446.3628
(E) MCS@MCShapiroLaw.com

**LAW ADVOCATES LLC**

By _/s/ Douglas A. Goldstein_
Douglas A. Goldstein, Esq. (DG-5891)
236 Millbrook Ave, Ste 3R
Randolph, New Jersey 07869
Tel: (973) 845-6526
Email: DGoldstein@Advocates.Esq

*Attorneys for Defendants-Appellants Michael E. Crane and Daniel M. Crane*

To:   All Counsel of Record
       via ECF & Email