**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CRANE ENTERPRISES, LLC,<br><br>               Debtor. | Chapter 11<br><br>No. 25-10405 (DSJ) |
| CRANE ENTERPRISES, LLC,<br><br>               Plaintiff,<br><br>               -vs-<br><br>MICHAEL E. CRANE, DANIEL M. CRANE, JOHN DOE AND JANE DOE (Fictitious Persons),<br><br>             Defendants. | Adv. Pro. No. 25-01040 (DSJ) |

**ORDER GRANTING SUMMARY JUDGMENT**
**AGAINST MICHAEL E. CRANE AND DANIEL M. CRANE**

Upon the Motion (the "SJ Motion") filed by Crane Enterprises, LLC, the debtor and debtor-in-possession herein (the "Debtor" or "Plaintiff"), pursuant to Rule 56 of the Federal Rule of Civil Procedure, incorporated into Federal Rule of Bankruptcy Procedure 7056 and Section 542 of Title 11 (the "Bankruptcy Code"), seeking entry of an Order of the Bankruptcy Court granting judgment as to the First Count alleged in this Complaint and directing Michael E. Crane and Daniel M. Crane, the defendants herein (the "Defendants"), to turnover possession of the apartment located at 360 Shore Road, Apt. 8L, Long Beach, New York (the "Apt.") to the Debtor [ECF #6]; and where the Defendants interposed an Objection to the SJ Motion [ECF # 7]; and where the Debtor filed a reply to the Objection [ECF #8]; and where there was a hearing on the SJ Motion in the Bankruptcy Court (the "SJ Hearing"); and where the Court issued a written opinion granting the

SJ Motion (the "SJ Opinion") [ECF #10]; and upon a review of the SJ Motion, the Objection, the Reply, the Transcript of the SJ Hearing, and the SJ Opinion; it is hereby

      **ORDERED**, the SJ Motion is granted; and it is further

      **ORDERED**, the Defendants shall turnover possession of the Apt. to the Debtor; and it is further

      **ORDERED**, if Defendants fail to turnover possession of the Apt. without obtaining a stay that authorizes their continued occupancy, Debtor may apply for an order directing assistance from the United States Marshals Service on shortened notice.

Dated: New York, New York
      July 30, 2025

                                                */s/ David S. Jones*
                                      HONORABLE DAVID S. JONES
                                      UNITED STATES BANKRUPTCY JUDGE