UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                          Chapter 11

CRANE ENTERPRISES LLC,                                              Case No. 25-10405 (DSJ)

                              Debtor.
-----------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO PERMIT MICHAEL E. CRANE AND DANIEL M. CRANE TO PROCEED WITH APPEAL IN STATE COURT ACTION

Upon the motion (the "Motion") filed by Michael E. Crane and Daniel M. Crane (collectively, "Movants"), by and through their counsel, seeking entry of an order granting relief from the automatic stay pursuant to Section 362(d)(1) of the Bankruptcy Code (the "Code"), to permit Movants to proceed with an appeal filed in the District Court of the State of New York, County of Nassau, First District, Hempstead, under Index No. LT-004282-22 (the "State Court") regarding the order entered on November 18, 2024 (the "2024 Order") in the matter styled *Crane Enterprises, LLC, Petitioner-Owner, vs. Michael Crane, John Doe and Jane Doe, Respondents-Occupants*, and for waiver of the fourteen day stay of an order granting relief from the automatic stay [ECF No. 18]; and proper notice of the Motion and opportunity to be heard having been given; and upon consideration of the opposition **(the "Opposition")** to the Motion filed by the debtor, Crane Enterprises, LLC (the "Debtor") ~~(the "Opposition")~~ [ECF No. 21]; and the reply (the "Reply") [ECF No. 23] filed by Movants; and the Court having conducted a hearing on the Motion on July 17, 2025 (the "Motion Hearing") at which counsel for Movants and special counsel for the Debtor appeared and presented oral argument; and upon a review of the Motion, Opposition, **and** the Reply and based upon representations and arguments presented by counsel for Movants and

special counsel for the Debtor and statements made by the Court at the Motion Hearing; and all opposition and objections having been resolved or overruled; and after due deliberation and sufficient cause appearing therefor **the Court having issued a written decision which is incorporated herein**; it is hereby   **[DSJ 8/14/2025]**

      **ORDERED,** that the Motion is granted as set forth herein; and it is further

      **ORDERED,** that the automatic stay imposed by Code Section 362(a) is hereby modified to permit Movants to prosecute **in state court** the appeal of the 2024 Order and of any judgment, warrant or decision that may issue from the District Court **(but not this Court)** granting or effectuating the same relief, and to take ~~all~~ actions necessary and appropriate in connection therewith, including the filing of briefs, motions, and other pleadings, the filing and prosecution of a motion for intervention by Daniel M. Crane to **seek an order from the state court with jurisdiction over Michael Crane's appeal to the extent necessary to permit Daniel Crane to** participate in the appeal of the 2024 Order, participation in oral argument **on the appeal**, and to defend against and appeal from any subsequent **state-court** action or decision on remand~~, and any further appellate practice associated with the 2024 Order~~; and it is further   **[DSJ 8/14/2025]**

      **ORDERED,** that ~~the~~ **Movants'** request for waiver of the 14-day stay of effectiveness imposed pursuant to Bankruptcy Rule 4001(a)(4) is denied; and it is further  **[DSJ 8/14/2025]**

      ~~**ORDERED,** that this Order shall not be construed as a waiver of any party's rights, claims, or defenses in the bankruptcy case or in the State Court appeal; and it is further~~

      **ORDERED,** that this Court shall retain jurisdiction to hear and determine any matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York              _s/ David S. Jones_
       August 14, 2025                   United States Bankruptcy Judge