```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: CRANE ENTERPRISES LLC,           :
                                        :
                      Debtor,           :
                                        :    25cv6793 (DLC)
----------------------------------------:
                                        :         ORDER
CRANE, et al.,                          :
                                        :
                      Appellants,       :
                                        :
          -v-                           :
                                        :
CRANE ENTERPRISES LLC,                  :
                                        :
                      Appellee.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In a Decision of July 29, 2025, and an Order of July 30, the Bankruptcy Court granted the debtor Crane Enterprises, LLC's motion for summary judgment and ordered that defendants-appellants Michael E. Crane and Daniel M. Crane turn over possession of a cooperative apartment to the debtor. The defendants noticed their appeal from the July 29 Decision and July 30 Order on August 15, and the case was assigned to me for all purposes.

On August 25, the defendants moved for an emergency stay pending appeal of the July 30 Decision and the July 30 Order, as well as of Orders from the Bankruptcy Court of August 20 and August 22. Also on August 25, the debtor filed a letter stating

that it intended to respond to the August 25 emergency stay motion by August 28.  Accordingly, it is hereby

ORDERED that the debtor shall file any response to the August 25 emergency stay motion by **August 28, 2025 at 12:00 p.m.**

IT IS FURTHER ORDERED that a conference to address the August 25 emergency stay motion is scheduled for **August 29, 2025 at 2:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         August 26, 2025

DENISE COTE
United States District Judge

2