```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In Re: CRANE ENTERPRISES LLC,            :
                                         :
                      Debtor,            :
                                         :
-----------------------------------------:   25cv6793 (DLC)
                                         :
CRANE, et al.,                           :       ORDER
                                         :
                      Appellants,        :
                                         :
              -v-                        :
                                         :
CRANE ENTERPRISES LLC,                   :
                                         :
                      Appellee.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons stated on the record at the conference held on August 29, 2025, it is hereby

    ORDERED that the appellants' August 25 motion for an emergency stay pending appeal of the Bankruptcy Court's decision and orders of July 29, July 30, August 20, and August 22 is denied.

Dated:    New York, New York
           August 29, 2025

                                            _____
                                            DENISE COTE
                                  United States District Judge