UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
In Re: CRANE ENTERPRISES LLC,          :
                                       :
                    Debtor,            :
                                       :   25cv6793 (DLC)
-------------------------------------- :
                                       :   ORDER
CRANE, et al.,                         :
                                       :
                    Appellants,        :
                                       :
          -v-                          :
                                       :
CRANE ENTERPRISES LLC,                 :
                                       :
                    Appellee.          :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

    Following receipt of an August 15, 2025 notice of appeal, an Order of August 18 set a schedule for briefing in this matter after the docketing of notice that the record has been transmitted or is available electronically.  On September 4, appellants filed an amended notice of appeal and a designation of the bankruptcy record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1).  Having not received from the appellee any counter-designation of additional items to be included in the record within the fourteen-day period defined in Federal Rule of Bankruptcy Procedure 8009(a)(2)(A), it is hereby

    ORDERED that the appellee may file a counter-designation by October 14, 2025.  If no counter-designation is filed by then,

the bankruptcy clerk shall prepare the record based on appellant's designation and file a notice on the docket when the record of appeal is complete and available electronically.

IT IS FURTHER ORDERED that the appellants shall file their brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 9, 2025

                                    _____
                                              DENISE COTE
                                      United States District Judge