```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 In Re: CRANE ENTERPRISES LLC,            :
                                          :
                        Debtor,           :
                                          :        25cv6793 (DLC)
----------------------------------------  :
                                          :            ORDER
 CRANE, et al.,                           :
                                          :
                        Appellants,       :
                                          :
              -v-                         :
                                          :
 CRANE ENTERPRISES LLC,                   :
                                          :
                        Appellee.         :
                                          :
--------------------------------------- X
```

DENISE COTE, District Judge:

An Order of August 18, 2025 set a schedule for briefing in this matter following the docketing of notice that the record has been transmitted or is available electronically.  On November 25, the notice that the record is available electronically was docketed.  Accordingly, it is hereby

ORDERED that appellants shall file their brief by **December 12, 2025.**  The appellee's brief is due **January 5, 2026.**  Any reply is due **January 19, 2026.**

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          November 25, 2025

_____
DENISE COTE
United States District Judge

2