UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: CRANE ENTERPRISES LLC,           :
                                        :
                 Debtor,                :
                                        :         25cv6793 (DLC)
----------------------------------------:         25cv9795 (DLC)
                                        :         25cv9809 (DLC)
                                        :
CRANE, et al.,                          :
                                        :             ORDER
                 Appellants,            :
                                        :
            -v-                         :
                                        :
CRANE ENTERPRISES LLC,                  :
                                        :
                 Appellee.              :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     Having received appellants' December 2, 2025 motion to
consolidate the three above-captioned cases, it is hereby

     ORDERED that the motion to consolidate is granted in part.
The two appeals docketed on November 25, 2025, 25cv9795 and
25cv9809, shall be consolidated.  On December 2, the appellants
filed, in both appeals, a designation of the bankruptcy record
on appeal.  The appellee may file a counter-designation of
additional items no later than **December 16, 2025** pursuant to
Federal Rule of Bankruptcy Procedure 8009(a)(2)(A).  A briefing
schedule will issue in the consolidated appeal after the
docketing of notice that the record has been transmitted or is
available electronically.

IT IS FURTHER ORDERED that the earlier-filed appeal,

25cv6793, shall not be consolidated and its briefing schedule,

as set forth in an Order of November 25, 2025, shall remain

unchanged.

Dated:      New York, New York
            December 3, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge

2