UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
In Re: CRANE ENTERPRISES LLC,              :
                                           :
                     Debtor,               :
                                           :        25cv6793 (DLC)
                                           :
-------------------------------------------:
                                           :        ORDER
CRANE, et al.,                             :
                                           :
                     Appellants,           :
                                           :
         -v-                               :
                                           :
CRANE ENTERPRISES LLC,                     :
                                           :
                     Appellee.             :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

On November 25, 2025, the Clerk's Office docketed a notice that the bankruptcy record of appeal for the above-captioned matter is complete and available electronically. The documents comprising the record of appeal are hyperlinked on the docket entry numbers within the notice. On December 10, 2025, appellants' counsel filed a letter asking whether the Court expects a "separate appendix" to be filed and, if so, requesting a one-week extension of their time to file appellants' brief and appendix. The Court does not expect a "separate appendix" to be filed or provided to the Court. Nonetheless, should the appellants wish, the Court is willing to grant a one-week

extension of the briefing schedule established in the Order of November 25, 2025.  Accordingly, it is hereby

ORDERED that the briefing schedule in the Order of November 25, 2025 is vacated.

IT IS FURTHER ORDERED that appellants shall file their brief by **December 19, 2025.**  The appellee's brief is due **January 12, 2026.**  Any reply is due **January 26, 2026.**

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          December 10, 2025

_____
DENISE COTE
United States District Judge