**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In Re: CRANE ENTERPRISES LLC,

                              Debtor.
-------------------------------------------------------------------X
 CRANE, et al.,

                              Appellants,                    25 **CIVIL** 6793 (DLC)

        -against-                                            **JUDGMENT**


 CRANE ENTERPRISES LLC,

                              Appellee.
-------------------------------------------------------------------X


It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 6, 2026, the Defendants' August 15, 2025

appeal is denied. The Bankruptcy Court's Opinions and Orders of July 29, July 30, August 20, and

August 22, 2025 are affirmed.

**Dated:** New York, New York
        April 7, 2026

                                        **TAMMI M. HELLWIG**
                                _____
                                        **Clerk of Court**

                        **BY:**        K. mango
                                _____
                                        **Deputy Clerk**